AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Allen Frost<br>8910 Bluehaw Meadow Lane<br>Katy, TX<br>*Defendant* | )<br>)<br>)<br>) Case No. 2-22-CR-19-02<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  X Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | 85 Marconi<br>Columbus, OH 43215 | Courtroom No.: | GoTo Meeting |
|---|---|---|---|
| | | Date and Time: | 2/23/22 @ 12:00 PM |

This offense is briefly described as follows:

**Conspiracy to Provide Material Support to Terrorists**

Date: 2/8/22

/s/ Spencer D. Harris
*Issuing officer's signature*

Spencer D. Harris, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons       Returned this summons unexecuted

Date: 2-10-22

*Server's signature*

Deputy U.S. Marshal Barajas
*Printed name and title*