**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **2:22-cr-019(2)** |
| | : | **JUDGE GRAHAM** |
| **v.** | : | |
| | : | |
| **JONATHAN ALLEN FROST,** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I certify that in accordance with 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(6), the United States sent direct written notice of this action and a copy of the Preliminary Order of Forfeiture (Doc. 61) entered in this case to the co-occupants at the location of the seizure of the property subject to forfeiture from Defendant Jonathan Allen Frost, as these occupants are known to the United States to reasonably appear to be potential claimants with standing to contest the forfeiture of property that is the subject of the Preliminary Order of Forfeiture.  (*See* Exhibit A.)

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Jessica.Knight@usdoj.gov